EDO VAN WINKLE, RELATOR, v. JOHN QUIGLEY, INSPECTOR OF BUILDINGS OF THE CITY OF PATERSON, ET AL., RESPONDENTS.

Decided January 18, 1927.

**Zoning—Apartment-Houses in Restricted Territory—Court Without Advice Regarding the Existence of Board of Adjustment —Respondent Filed No Brief—Peremptory Writ Awarded.**

On rule for *mandamus*.

Before Justices BLACK and CAMPBELL.

For the relator, *Evans, Smith & Evans.*

For the respondents, *Randal B. Lewis.*

PER CURIAM.

Relator applied to the inspector of buildings of the city of Paterson, on May 25th, 1926, for a permit to erect an apart-

ment-house five stories in height, to accommodate fifty families, on premises owned by him on the northeast corner of Broadway and East Twenty-seventh street. The permit was refused solely upon the ground that the zoning ordinance of the city prohibited such a structure as proposed in the location or area in which relator's lands are located. It is admitted that relator had complied with all other conditions and regulations entitling him to such permit.

As this application, and its refusal, was made and took place after the supplement to the Home Rule act (*Pamph. L.* 1926, *p.* 526), increasing the jurisdiction of boards of adjustment, the procedure laid down in *Chancellor Development Corp.* v. *Senior,* 4 *N. J. Mis. R.* 633, should have been followed if the zoning ordinance of the city creates a board of adjustments or a like body.

The case as presented to us does not show us anything upon this point, and as the respondents have filed no brief we have no assistance in that direction.

In view of this situation and in line with the long line of cases both in the Court of Errors and Appeals and this court, the peremptory writ of *mandamus* is allowed.